IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL LATHAM
ADC #075647                                                                                           PLAINTIFF

V.                              CASE NO. 5:18-cv-295-BSM-BD

WENDY KELLEY, et al.                                                                          DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Latham may file written objections to this Recommendation if he wishes. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Latham may waive the right to appeal questions of fact.

**II.    Discussion:**

A multi-plaintiff federal civil rights lawsuit was filed on behalf of Plaintiff Paul Latham, as well as others, on November 14, 2018. (Docket entry #1) Mr. Latham was ordered to address the filing fee requirement by submitting a completed IFP application

1

or by paying the filing fee within 30 days of November 16, 2018. (#2) To date, he has failed to comply with the Court's November 16, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Latham that his claims could be dismissed if he failed to comply with the Court's Order. (#2)

### III.  Conclusion:

The Court recommends that Mr. Latham's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 16, 2018 Order requiring him to satisfy the required filing fee.

DATED this 18th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE