IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PAUL LATHAM** **PLAINTIFF**
**ADC #075647**

v. CASE NO. 5:18-CV-00295 BSM

**WENDY KELLEY, et al.** **DEFENDANTS**

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and this case is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE