IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PAUL LATHAM** **PLAINTIFF**
ADC #075647

v. CASE NO. 5:18-CV-00295 BSM

**WENDY KELLEY, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE